**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Mitchell S. Lowther and Carmon
B. Lowther,                                                     Respondents,

v.

E. Legrand Lowther,                                          Appellant.

_____

Appeal From Jasper County
Darrell T. Johnson, Jr., Special Referee

_____

Unpublished Opinion No. 2012-UP-395
Heard April 9, 2012 – Filed June 27, 2012

_____

**VACATED AND REMANDED**

_____

H. Fred Kuhn, Jr., of Moss, Kuhn & Fleming, P.A., of Beaufort, for Appellant.

R. Thayer Rivers, Jr., of Law Office of R. Thayer Rivers, Jr., of Ridgeland, for Respondents.

**PER CURIAM:** E. Legrand Lowther appeals the special referee's order voiding a deed, which transferred property to Legrand from his brother and sister-in-law, Mitchell S. and Carmon B. Lowther. Because the order is unclear, we vacate and remand finding more specific factual findings and conclusions of law by the special referee are necessary for appellate review. *See In re Treatment & Care of Luckabaugh*, 351 S.C. 122, 131-34, 568 S.E.2d 338, 342-44 (2002) (vacating and remanding where the order on appeal provided no findings of fact to support its ultimate legal conclusion as required by Rule 52(a), SCRCP); *Holcombe v. Hardee*, 304 S.C. 522, 524-25, 405 S.E.2d 821, 822-23 (1991) (reversing and remanding a family court order for further findings of fact to support its conclusions); *Bowen v. Lee Process Sys. Co.*, 342 S.C. 232, 241, 536 S.E.2d 86, 91 (Ct. App. 2000) (vacating and remanding a form order granting summary judgment for specific identification of facts and accompanying legal analysis).

**VACATED AND REMANDED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**